**Opinion issued August 29, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00707-CR

————————————

**MARCOS ANTONIO OLIVARES-CALDERON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Case No. 1549058**

---

## MEMORANDUM OPINION

Appellant filed a notice of appeal from the trial court's judgment signed on July 26, 2018. On March 20, 2019, appellant filed a notice informing the Court that the trial court granted appellant's motion for new trial. The trial court's docket confirms that an order granting the motion for new trial was signed on October 1,

2018. The granting of a motion for new trial restores the case to its position before the former trial and renders an appeal moot. *See* TEX. R. APP. P. 21.9(b); *Douglas v. State*, No. 01-17- 00276-CR, 2017 WL 1738094, at *1 (Tex. App.—Houston [1st Dist.] May 4, 2017, no. pet) (mem. op., not designated for publication). Because there is no longer an appealable judgment of conviction, this Court has no jurisdiction over the appeal. *See Waller v. State,* 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.). After being notified that this appeal was subject to dismissal, none of the parties to the appeal filed a response.

Accordingly, we dismiss the appeal as moot. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).